1  LESLIE C. CHENG, Bar No. 209302
   S. LANAY NEWSOM, Bar No. 226393
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
5
   Attorneys for Defendants
6  ELIZA'S RESTAURANT AND PING SONG

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | WAI-KIT PAK, XIAN-QIANG SHAO &       | Case No. C-04-05090 JF
     GUO-SHENG TAN,
12 |                                       | **REQUEST TO PARTICIPATE IN CASE
                                             MANAGEMENT CONFERENCE BY
13 |              Plaintiffs,              | TELEPHONE PURSUANT TO LR 16-10(A)
                                             AND PER FRCP 6(A)**
14 |     v.
                                           | Conference Date: August 26, 2005
15 | ELIZA'S RESTAURANT, PING SONG         | Time:            10:30 a.m.
     and DOES 1-10,                        | Judge:           Jeremy Fogel
16 |
                                           | Complaint Filed:    December 1, 2004
17 |              Defendants.              | First Amended Complaint: January 20, 2005

18

19

20         Littler Mendelson represents Defendants Eliza's Restaurant and Ping Sung in the

21 above-entitled matter. A Case Management Conference is scheduled before the Honorable

22 Jeremy Fogel on August 26, 2005 at 10:30 a.m. Pursuant to Local Rule 16-10(a), we respectfully

23 request to telephonically participate in the Case Management Conference scheduled on

24 August 26, 2005. Our client will in good faith attempt to resolve this matter as soon as practicable.

25 Dated: June 27, 2005

                                                    _____
26                                                  LESLIE C. CHENG
                                                    LITTLER MENDELSON
27                                                  A Professional Corporation
                                                    Attorneys for Defendants
                                                    ELIZA'S RESTAURANT AND PING SUNG
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST TO APPEAR AT CMC BY
TELEPHONE CONFERENCE CALL

(No. C-04-05090 JF)

1         IT IS SO ORDERED.

2 Dated:   7/5/05

3

4                                      electronic signature authorized

5 Firmwide:80146466.1 047540.1003               HON. JEREMY FOGEL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**REQUEST TO APPEAR AT CMC BY TELEPHONE CONFERENCE CALL**      2.      (No. C-04-05090 JF)