1  ADAM WANG (STATE BAR NO. 201233)
   12 South First Street, Suite 908
2  San Jose, CA 95113
   Telephone:    (408) 421-3403
3  Facsimile:    (408) 351-0261

4  Attorney for Plaintiff
   WAI-KIT PAK, XIAN-QIANG SHAO &
5  GUO-SHENG TAN

6  LESLIE C. CHENG (Bar No. 209302)
   ~~S. LANAY NEWSOM (Bar No. 226393)~~   *jcc*
7  LITTLER MENDELSON
   A Professional Corporation
8  650 California Street
   20th Floor
9  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
10 Facsimile: 415.399.8490        *jcc*                **E-filed 8/30/05**

   Attorneys for Defendants      *SUNG*
11 ELIZA'S RESTAURANT & PING ~~SONG~~

12

13

14                   UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
15

16
   WAI-KIT PAK, XIAN-QIANG SHAO &      | Case No. C-04-05090JF
17
   GUO-SHENG TAN,                      |
18                                      | STIPULATION TO DISMISS WITH
                                        | PREJUDICE & [PROPOSED] ORDER
19           Plaintiffs,                |

20 v.                                   |

21 ELIZA'S RESTAURANT & PING SONG       |

22           Defendant(s).              |

23

24         Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiffs WAI-KIT PAK, XIAN-QIANG SHAO

25 & GUO-SHENG TAN, and defendants ELIZA'S RESTAURANT and PING ~~SONG~~, through
                                                                     *SUNG*
   their respective counsel, stipulate as follows:                   *fcc*

                                   1                          Case No. 04-05090 JF

   STIPULATION TO DISMISS
   Pak, et. al. v. Eliza's Restaurant, et al.

1.      Parties have fully resolved their disputes and entered into a Settlement
Agreement and Releases of All Claims at the mediation on August 23, 2005.

2.      As such parties respectfully request that the Court dismiss this case in its
entirety with prejudice. Each party is to bear its own costs and fees.

Dated: August 25, 2005                    By: /s/ ADAM WANG
                                               Adam Wang
                                               Attorney for Plaintiffs
                                               WAI-KIT PAK, XIAN-QIANG SHAO
                                               & GUO-SHENG TAN

Dated: August 25, 2005                    LITTLER MENDELSON
                                          LESLIE C. CHENG

                                          By: _____
                                          Attorneys for defendants
                                          ELIZA'S RESTAURANT & PING SONG
                                                                    SUNG
                                                                    LCC

_____

                        [PROPOSED] ORDER

        Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: August 29, 2005            By: /s/electronic signature authorized
                                      HON. JEREMY FOGEL UNITED
                                      STATES DISTRICT JUDGE

                                    2                          Case No. 04-05090 JF

STIPULATION TO DISMISS
Pak, et. al. v. Eliza's Restaurant, et al.